IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-CV-337-FL

CHLOE JONES,

                Plaintiff,

-against-

CAMPBELL UNIVERSITY, INC.

                Respondent.

## NOTICE OF STIPULATION VOLUNTARY DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED** by and through the Parties undersigned counsel in the above-captioned proceeding, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that the action be dismissed with prejudice, with each party bearing its own costs and fees and this stipulation may be filed with the Clerk of the Court without further notice. Respectfully submitted this 9th day of July 2025.

        */s/ Robert C. Ekstrand*
        Robert. C. Ekstrand, Esq.
        NC Bar No. 26673
        EKSTRAND & EKSTRAND LLP
        110 Swift Avenue, Second Floor
        Durham, North Carolina 27705
        Tel: (919) 452-4647
        Fax: (919) 214-3014
        RCE@ninthstreetlaw.com

        *Local Civil Rule 83.1(d) Attorney for Plaintiff*

        */s/ Megan Goddard*
        Megan S. Goddard, Esq. [Pro Hac Vice]
        NY Bar No. 4203923

1

Clela A. Errington, Esq. [Pro Hac Vice]
NY Bar No. 5107636
GODDARD LAW PLLC
39 Broadway, Suite 1540
New York, New York 10006
Tel: (646) 964-1178
Megan@goddardlawnyc.com
Clela@goddardlawnyc.com

*Attorneys for Plaintiff*

/s/ Kevin S. Joyner
Kevin S. Joyner, Esq.
NC Bar No. 25605
Savannah S. Trimmer, Esq.
NC Bar No. 58082
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
8529 Six Forks Rd., Forum IV, Suite 600
Raleigh, North Carolina 27615
Tel: (919) 349-8546
Kevin.joyner@ogletree.com
Savannah.Trimmer@ogletreedeakins.com

*Attorney for Defendant*

# CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the Notice of Stipulation of Voluntary Dismissal was served on July 9, 2025, via CM/ECF on the following:

Kevin S. Joyner, Esq.
Savannah S. Trimmer, Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
8529 Six Forks Rd., Forum IV, Ste. 600
Raleigh, NC 27615
Tel: (919) 349-8546
Kevin.joyner@ogletree.com
Savannah.Trimmer@ogletreedeakins.com

*Attorneys for Defendants*

Megan S. Goddard, Esq. [Pro Hac Vice]
Clela A. Errington, Esq. [Pro Hac Vice]
Goddard Law PLLC
39 Broadway, Suite 1540
New York, New York 10006
Tel: (646) 964-1178
Megan@goddardlawnyc.com
Clela@goddardlawnyc.com

*Attorneys for Plaintiff*

                                          /s/ Robert C. Ekstrand
                                          Robert. C. Ekstrand, Esq.

Dated: July 9, 2025